IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NATIONAL ASSOCIATION FOR THE )
ADVANCEMENT OF COLORED PEOPLE,)
ET AL., )
       Plaintiffs, )
    v. )    CIVIL NO. 4:86CV00291
)
CITY OF THOMASVILLE, NORTH )
CAROLINA; CITY COUNCIL OF )
THOMASVILLE, NORTH CAROLINA, )
ET AL., )
       Defendants. )

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set out in the Memorandum Opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that the Judgment entered in this case by the court on March 18, 1987, is **VACATED**;

IT IS FURTHER ORDERED that, unless the court orders otherwise, the 2007 election for seats on the Thomasville City Council shall be conducted utilizing the election method approved by the voters in the April 15, 2003, referendum.

                                            /s/ Frank W. Bullock, Jr.
                                         United States District Judge

November 23, 2005